## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:23cr319 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| ADAM MATARESE, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, to wit, this **3rd** day of June 2026, upon consideration of the defendant's motion to suppress, (Doc. 66), it is hereby **ORDERED** that:

1. The defendant's motion, (Doc. 66), is **DENIED**; and

2. By way of separate order, this matter will be listed for trial.

BY THE COURT

JUDGE JULIA K. MUNLEY
United States District Court